JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERTHA DONIS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>YARD HOUSE USA, INC., et al.,<br><br>　　　　Defendants. | Case No. 25-2635-MWF(ADSx)<br><br>ORDER GRANTING STIPULATION TO REMAND REMOVED ACTION |

The Court has considered the Stipulation to Remand Removed Action filed by Plaintiff and Defendants Yard House USA, Inc. and Jones Lang LaSalle Americas, Inc. (Docket No. 14). For good cause shown, the Court APPROVES the parties' request. IT IS ORDERED that this action is hereby REMOVED to the Superior Court of California for the County of Los Angeles.

**IT IS SO ORDERED.**

Dated: April 22, 2025

_____
MICHAEL W. FITZGERALD
United States District Judge

-1-